```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MICHAEL I. LEVINE, M.D., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR ACCESS CENTERS, L.P., *et al.* <br><br> Defendants. <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> VASCULAR ACCESS CENTERS, L.P., and each of its subsidiary and/or related corporations, <br><br> Defendants. | 12 Civ. 5103 (LGS) <br><br><br> Dated: March 15, 2019 <br> New York, New York <br><br> SO ORDERED <br><br> *[signature]* <br> HON. LORNA G. SCHOFIELD <br> UNITED STATES DISTRICT JUDGE |

## NOTICE OF DISMISSAL

Please take notice that pursuant to Fed. R. Civ. P. 41, Plaintiff / Relator dismisses, without prejudice, Gregg A. Miller as a defendant. The United States does not oppose this dismissal.

Dated: March 14, 2019.

/s/ *J. Stephen Simms*
J. Stephen Simms
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
410-783-5795
Fax 410-510-1789
jssimms@simmsshowers.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this March 14, 2019 I caused the foregoing to be filed on the Court's CM/ECF system for service on all record counsel.

*/s/ J. Stephen Simms*