USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *ex rel.* MICHAEL I. LEVINE, M.D.,

                Plaintiff,

        v.

VASCULAR ACCESS CENTERS, L.P., *et al.*

            Defendants.

12 Civ. 5103 (LGS)

The Clerk of Court is directed to close the motion at Docket Number 106.  SO ORDERED.
Dated: March 15, 2019
        New York, New York

UNITED STATES OF AMERICA,

            Plaintiff-Intervenor,

        v.

VASCULAR ACCESS CENTERS, L.P., and each of its subsidiary and/or related corporations,

            Defendants.

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

## NOTICE OF DISMISSAL – CERTAIN DEFENDANTS

Please take notice that pursuant to Fed. R. Civ. P. 41, Plaintiff / Relator dismisses, without prejudice, the following persons and entities as defendants.   The United States does not oppose these dismissals:

      New York Downtown Hospital
      Beth Israel Medical Center
      American Access Care, LLC
      Fresenius Medical Care Holdings, Inc.
      Michael M. Abiri M.D.
      Todd Markowitz, M.D.
      New York University School of Medicine and Langone Medical Center
      Edward Y. Skolnik, M.D.
      Arturo Constantiner, M.D.
      Warren B. Licht, M.D.
      Anthony Smith, M.D.

Alice Wei, M.D.
Gary A. Gelbfish, M.D.
Alan J. Boykin, M.D.
Axcess Great Neck, LLC

The case is not dismissed against the remaining defendants, who are not listed above.

Dated:  March 14, 2019.

/s/ *J. Stephen Simms*
J. Stephen Simms
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
410-783-5795
Fax 410-510-1789
jssimms@simmsshowers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this March 14, 2019 I caused the foregoing to be filed on the

Court's CM/ECF system for service on all record counsel.

/s/ *J. Stephen Simms*