# EXHIBIT 4

(//www.wsj.com)

BEHIND THE NUMBERS

# Medicare Unmasked

See Medicare's payments to over one million medical providers from 2012 to 2015, and how doctors and other providers compare with peers in their state and nationwide.

*EXPLORE THE DATA*

Search doctors and other providers who received Medicare payments.

**Physician or Provider**

SHAMS JOSEPH

Last Name / Company

All specialties

Specialty / Facility Type

**Location**

Ex: Denver

City

All locations

State / Territory

Q SEARCH

RESET

### JOSEPH SHAMS M.D

Interventional Radiology

1 GUSTAVE L. LEVY PLACE BOX 1194 | NEW YORK, N.Y.

## $298,926

Total Medicare payments in 2012

| 2012 | 2013 | 2014 | 2015 |

| Year | Total Payments | Number of Patients | Payments per Patient |
|------|----------------|--------------------|-----------------------|
| 2015 | $2,130,246 | 255 | $8,354 |

| Year | | | | |
|---|---|---|---|---|
| 2014 | $212,838 | 240 | | $887 |
| 2013 | $276,117 | 301 | | $917 |
| **2012** | **$298,926** | **371** | | **$806** |

## Provider Comparison    NATIONALLY | STATEWIDE

How **JOSEPH SHAMS M.D** compares to **2,401** other providers in **New York** specializing in **Diagnostic Radiology**:

| 2012 | Total Payments: **$298,926**<br>86th percentile statewide | Number of Patients: **371**<br>16th percentile statewide | Payments per Patient: **$806**<br>99th percentile statewide |
|---|---|---|---|

## Provider's Services at a Glance, 2012
Types of services provided by **JOSEPH SHAMS M.D**:

| Category | Total reimbursed by Medicare | Percent of total reimbursements by Medicare |
|---|---|---|
| Surgeries and procedures | $229,930 | 76.9% |
| Imaging tests | $17,631 | 5.9% |
| Evaluation and management | $5,554 | 1.9% |
| Radiation oncology | $1,318 | 0.4% |

Note: Category totals may not add up to a provider's total payments because information about a provider's specific services to fewer than 11 Medicare patients is suppressed by Medicare.

## Provider's Services in Detail, 2012
Services **JOSEPH SHAMS M.D** performed on more than 10 patients:

| Procedure | Number performed | Number of Medicare patients | Average Medicare reimbursement per procedure | Total Medicare payments for procedure ▼ |
|---|---|---|---|---|
| Balloon dilation of narrowed or blocked vein<br>*Surgeries and procedures*<br>CODE: 35476-F | 415<br>**Top 20% nationally** | 121 | $223.94 | **$92,935** |
| Insertion of needle or catheter for dialysis<br>*Surgeries and procedures*<br>CODE: 36147-F | 364<br>**Top 20% nationally** | 138 | $102.66 | **$37,368** |
| Balloon dilation of narrowed or blocked upper arm artery<br>*Surgeries and procedures*<br>CODE: 35475-F | 83<br>**Top 20% nationally** | 53 | $443.74 | **$36,830** |
| Insertion of catheter and device to stop blood flow or infusion to dissolve blood clot<br>*Surgeries and procedures*<br>CODE: 37204-F | 18<br>**Top 60% nationally** | 12 | $808.19 | **$14,547** |
| Insertion of stent into blood vessel<br>*Surgeries and procedures*<br>CODE: 37205-F | 38<br>**Top 20% nationally** | 27 | $367.29 | **$13,957** |
| Radiological supervision and interpretation of opening narrowed vein procedure<br>*Imaging tests*<br>CODE: 75978-F | 412<br>**Top 20% nationally** | 121 | $22.66 | **$9,336** |
| Insertion of catheter in vein and implanted device for infusion<br>*Surgeries and procedures*<br>CODE: 36561-F | 28<br>**Top 20% nationally** | 28 | $322.43 | **$9,028** |
| Catheter removal of blood clot from dialysis graft<br>*Surgeries and procedures*<br>CODE: 36870-F | 39<br>**Top 20% nationally** | 31 | $173.38 | **$6,762** |
| Insertion of catheter in vein for infusion<br>*Surgeries and procedures*<br>CODE: 36558-F | 21<br>**Top 60% nationally** | 21 | $245.75 | **$5,161** |

| Procedure | Number performed | Number of Medicare patients | Average Medicare reimbursement per procedure | Total Medicare payments for procedure ⌄ |
|---|---|---|---|---|
| *Insertion of needle or catheter into an artery-vein dialysis shunt or graft*<br>Surgeries and procedures<br>CODE: 36148-F | 91<br>Top 20% nationally | 66 | $43.83 | **$3,989** |

Showing 1 to 10 of 26 entries

Previous | 1 | 2 | 3 | Next

## ABOUT THIS PROJECT

This project uses data made public by the Centers for Medicare and Medicaid Services. It shows the dollar amounts that doctors and other medical providers received in Medicare reimbursements by calendar year, along with other data including their specialties. Only procedures which providers performed on more than 10 Medicare patients were included in the data released. There is some information CMS hasn't provided. The data doesn't include information on patients nor does it show doctors' billings related to durable medical equipment.

The Wall Street Journal won a Pulitzer Prize in 2015 for its Medicare coverage. An earlier version of this graphic (https://graphics.wsj.com/medicare-billing-2015/) was part of the winning submission

Interactive by Martin Burch, Chris Canipe, Madeline Farbman, Jon Keegan, Palani Kumanan, Renee Lightner and Stuart Thompson/The Wall Street Journal

**Note:** Stories and graphics published prior to June 2015 relied on an earlier version of Medicare's billing data that suppressed records of some payments to medical providers for services they rendered to small numbers of patients. For this reason, the total payment figures for 2012 shown here may differ from total payments shown in earlier stories about this provider and in the original release of this interactive. Related story » (https://www.wsj.com/articles/new-medicare-data-offer-a-more-complete-picture-1433372865)

**Sources:** Centers for Medicare and Medicaid Services; Medical-procedure descriptions and codes are from the Current Procedural Terminology code set, which is copyrighted by the American Medical Association.

**About the data:** The data is the most complete public accounting of physician-specific Medicare billing now available. But, it has limitations and the available data may not present the full picture of a specific physician's practice.

Medicare payments do not represent the full revenues of a physician's practice. Physicians also bill private insurers and other payers.

Codes are assigned to each procedure, service or product Medicare covers. Each code has its own payment rate. Places of service are categorized with either an 'F' for health-care facilities, such as hospitals, or with an 'O' for offices, such as doctor's practices.

Many similar services are represented by separate procedure codes in Medicare's billing system, which may make it difficult to compare utilization of specific services between physicians.

In some cases, procedures attributed to a specific physician may have been performed by other people under that doctor's supervision.

The Medicare data does not include information about the patients treated. Doctors treating complex cases may receive higher payments as their patients require more services.

The data does not include any procedures performed on patients enrolled in Medicare Advantage plans, which are run by private insurers and financed by the federal government.

Physicians in various parts of the country receive different payments for the same services; doctors in areas where the cost of living, running practices or malpractice insurance is higher may receive higher payments.

Specialists who focus on procedures with relatively high overhead, such as in-office imaging equipment, may receive higher payments than doctors with lower overhead for some services.

Some physicians bill some services under their personal provider number and others under the provider number of an organization, such as an employer. In those cases, doctors payments received by the organization are not included in personal totals.

Customer Service (https://customercenter.wsj.com/public/view/contactinformation.html)
Subscriber Agreement (https://www.wsj.com/policy/subscriber-agreement) | Privacy Policy (https://www.wsj.com/policy/privacy-policy)
Cookie Policy (https://www.wsj.com/policy/cookie-policy)
© 2019 Dow Jones & Company (https://www.dowjones.com), Inc. All Rights Reserved.

(//www.wsj.com)

BEHIND THE NUMBERS

# Medicare Unmasked

See Medicare's payments to over one million medical providers from 2012 to 2015, and how doctors and other providers compare with peers in their state and nationwide.

### EXPLORE THE DATA
Search doctors and other providers who received Medicare payments.

**Physician or Provider**

SHAMS JOSEPH
Last Name / Company

All specialties
Specialty / Facility Type

**Location**

Ex: Denver
City

All locations
State / Territory

**Q SEARCH**

RESET

### JOSEPH SHAMS M.D
Interventional Radiology

1 GUSTAVE L. LEVY PLACE BOX 1194 | NEW YORK, N.Y.

## $298,926
Total Medicare payments in 2012

| 2012 | 2013 | 2014 | 2015 |

| Year | Total Payments | Number of Patients | Payments per Patient |
|------|----------------|--------------------|-----------------------|
| 2015 | $2,130,246 | 255 | $8,354 |

10/14/2019    Case 1:12-cv-05103-LGS    Medicare Unmasked Behind the Numbers - WSJ.com    Document 182-4    Filed 10/24/19    Page 6 of 10

| Year | Total Payments | Number of Patients | Payments per Patient |
|---|---|---|---|
| 2014 | $212,838 | 240 | $887 |
| 2013 | $276,117 | 301 | $917 |
| 2012 | $298,926 | 371 | $806 |

## Provider Comparison   NATIONALLY   STATEWIDE

How **JOSEPH SHAMS M.D** compares to **2,401** other providers in **New York** specializing in **Diagnostic Radiology**:

**2012**
- Total Payments: **$298,926**
  86th percentile statewide
- Number of Patients: **371**
  16th percentile statewide
- Payments per Patient: **$806**
  99th percentile statewide

## Provider's Services at a Glance, 2012

Types of services provided by **JOSEPH SHAMS M.D**:

| Category | Total reimbursed by Medicare | Percent of total reimbursements by Medicare |
|---|---|---|
| Surgeries and procedures | $229,930 | 76.9% |
| Imaging tests | $17,631 | 5.9% |
| Evaluation and management | $5,554 | 1.9% |
| Radiation oncology | $1,318 | 0.4% |

Note: Category totals may not add up to a provider's total payments because information about a provider's specific services to fewer than 11 Medicare patients is suppressed by Medicare.

## Provider's Services in Detail, 2012

Services **JOSEPH SHAMS M.D** performed on more than 10 patients:

| Procedure | Number performed | Number of Medicare patients | Average Medicare reimbursement per procedure | Total Medicare payments for procedure ⌄ |
|---|---|---|---|---|
| Established patient office or other outpatient, visit typically 25 minutes<br>*Evaluation and management*<br>CODE: 99214-O | 41<br>Bottom 40% nationally | 25 | $86.50 | $3,547 |
| Insertion of stomach tube using fluoroscopic guidance<br>*Surgeries and procedures*<br>CODE: 49440-F | 11<br>Bottom 20% nationally | 11 | $201.41 | $2,216 |
| Insertion of catheter in vein for infusion<br>*Surgeries and procedures*<br>CODE: 36569-F | 26<br>Top 60% nationally | 25 | $81.60 | $2,122 |
| New patient office or other outpatient visit, typically 45 minutes<br>*Evaluation and management*<br>CODE: 99204-O | 14<br>Bottom 20% nationally | 14 | $143.42 | $2,008 |
| Radiological supervision and interpretation of opening narrowed groin or leg artery procedure<br>*Imaging tests*<br>CODE: 75962-F | 84<br>Top 20% nationally | 54 | $22.46 | $1,887 |
| Replacement of central venous catheter for infusion<br>*Surgeries and procedures*<br>CODE: 36581-F | 15<br>Top 60% nationally | 15 | $122.80 | $1,842 |
| Drainage of fluid from abdominal cavity using imaging guidance<br>*Surgeries and procedures*<br>CODE: 49083-F | 18<br>Bottom 40% nationally | 13 | $95.07 | $1,711 |
| Removal of central venous catheter for infusion<br>*Surgeries and procedures*<br>CODE: 36589-F | 12<br>Bottom 20% nationally | 12 | $121.85 | $1,462 |
| Imaging of artery of abdomen<br>*Imaging tests*<br>CODE: 75726-F | 28<br>Top 60% nationally | 12 | $49.08 | $1,374 |

| Procedure | Number performed | Number of Medicare patients | Average Medicare reimbursement per procedure | Total Medicare payments for procedure ⌄ |
|---|---|---|---|---|
| *Radiological supervision and interpretation of placement of vascular stent procedure*<br>*Imaging tests*<br>CODE: 75960-F | 38<br>Top 20% nationally | 26 | $34.94 | **$1,328** |

Showing 11 to 20 of 26 entries

Previous | 1 | 2 | 3 | Next

## ABOUT THIS PROJECT

This project uses data made public by the Centers for Medicare and Medicaid Services. It shows the dollar amounts that doctors and other medical providers received in Medicare reimbursements by calendar year, along with other data including their specialties. Only procedures which providers performed on more than 10 Medicare patients were included in the data released. There is some information CMS hasn't provided. The data doesn't include information on patients nor does it show doctors' billings related to durable medical equipment.

The Wall Street Journal won a Pulitzer Prize in 2015 for its Medicare coverage. An earlier version of this graphic (https://graphics.wsj.com/medicare-billing-2015/) was part of the winning submission

Interactive by Martin Burch, Chris Canipe, Madeline Farbman, Jon Keegan, Palani Kumanan, Renee Lightner and Stuart Thompson/The Wall Street Journal

**Note:** Stories and graphics published prior to June 2015 relied on an earlier version of Medicare's billing data that suppressed records of some payments to medical providers for services they rendered to small numbers of patients. For this reason, the total payment figures for 2012 shown here may differ from total payments shown in earlier stories about this provider and in the original release of this interactive. Related story » (https://www.wsj.com/articles/new-medicare-data-offer-a-more-complete-picture-1433372865)

**Sources:** Centers for Medicare and Medicaid Services; Medical-procedure descriptions and codes are from the Current Procedural Terminology code set, which is copyrighted by the American Medical Association.

**About the data:** The data is the most complete public accounting of physician-specific Medicare billing now available. But, it has limitations and the available data may not present the full picture of a specific physician's practice.

Medicare payments do not represent the full revenues of a physician's practice. Physicians also bill private insurers and other payers.

Codes are assigned to each procedure, service or product Medicare covers. Each code has its own payment rate. Places of service are categorized with either an 'F' for health-care facilities, such as hospitals, or with an 'O' for offices, such as doctor's practices.

Many similar services are represented by separate procedure codes in Medicare's billing system, which may make it difficult to compare utilization of specific services between physicians.

In some cases, procedures attributed to a specific physician may have been performed by other people under that doctor's supervision.

The Medicare data does not include information about the patients treated. Doctors treating complex cases may receive higher payments as their patients require more services.

The data does not include any procedures performed on patients enrolled in Medicare Advantage plans, which are run by private insurers and financed by the federal government.

Physicians in various parts of the country receive different payments for the same services; doctors in areas where the cost of living, running practices or malpractice insurance is higher may receive higher payments.

Specialists who focus on procedures with relatively high overhead, such as in-office imaging equipment, may receive higher payments than doctors with lower overhead for some services.

Some physicians bill some services under their personal provider number and others under the provider number of an organization, such as an employer. In those cases, doctors payments received by the organization are not included in personal totals.

Customer Service (https://customercenter.wsj.com/public/view/contactinformation.html)
Subscriber Agreement (https://www.wsj.com/policy/subscriber-agreement) | Privacy Policy (https://www.wsj.com/policy/privacy-policy)
Cookie Policy (https://www.wsj.com/policy/cookie-policy)
© 2019 Dow Jones & Company (https://www.dowjones.com), Inc. All Rights Reserved.

(//www.wsj.com)

## JOSEPH SHAMS M.D
Interventional Radiology

1 GUSTAVE L. LEVY PLACE BOX 1194 | NEW YORK, N.Y.

| 2012 | 2013 | 2014 | 2015 |

BEHIND THE NUMBERS

# Medicare Unmasked

See Medicare's payments to over one million medical providers from 2012 to 2015, and how doctors and other providers compare with peers in their state and nationwide.

### EXPLORE THE DATA
Search doctors and other providers who received Medicare payments.

**Physician or Provider**

SHAMS JOSEPH
Last Name / Company

All specialties
Specialty / Facility Type

**Location**

Ex: Denver
City

All locations
State / Territory

**Q SEARCH**

RESET

## JOSEPH SHAMS M.D
Interventional Radiology

1 GUSTAVE L. LEVY PLACE BOX 1194 | NEW YORK, N.Y.

### $298,926
Total Medicare payments in 2012

| 2012 | 2013 | 2014 | 2015 |

| Year | Total Payments | Number of Patients | Payments per Patient |
|---|---|---|---|
| 2015 | $2,130,246 | 255 | $8,354 |

| | | | | | |
|---|---|---|---|---|---|
| 2014 | $212,838 | | 240 | | $887 |
| 2013 | $276,117 | 301 | Interventional Radiology | | $917 |
| 2012 | $298,926 | | 371 | | $806 |

**JOSEPH SHAMS M.D**
Interventional Radiology
1 GUSTAVE L. LEVY PLACE BOX 1194 | NEW YORK, N.Y.

| 2012 | 2013 | 2014 | 2015 |

### Provider Comparison   NATIONALLY   STATEWIDE

How **JOSEPH SHAMS M.D** compares to **2,401** other providers in **New York** specializing in **Diagnostic Radiology**:

| 2012 | Total Payments: **$298,926** | Number of Patients: **371** | Payments per Patient: **$806** |
|---|---|---|---|
| | 86th percentile statewide | 16th percentile statewide | 99th percentile statewide |

### Provider's Services at a Glance, 2012

Types of services provided by **JOSEPH SHAMS M.D**:

| Category | Total reimbursed by Medicare | Percent of total reimbursements by Medicare |
|---|---|---|
| Surgeries and procedures | $229,930 | 76.9% |
| Imaging tests | $17,631 | 5.9% |
| Evaluation and management | $5,554 | 1.9% |
| Radiation oncology | $1,318 | 0.4% |

Note: Category totals may not add up to a provider's total payments because information about a provider's specific services to fewer than 11 Medicare patients is suppressed by Medicare.

### Provider's Services in Detail, 2012

Services **JOSEPH SHAMS M.D** performed on more than 10 patients:

| Procedure | Number performed | Number of Medicare patients | Average Medicare reimbursement per procedure | Total Medicare payments for procedure ⌄ |
|---|---|---|---|---|
| Fluoroscopic guidance for insertion of device into vein<br>Radiation oncology<br>CODE: 77001-F | 80<br>Top 40% nationally | 77 | $16.47 | **$1,318** |
| Radiological supervision and interpretation of removal of clot procedure<br>Imaging tests<br>CODE: 75894-F | 18<br>Top 60% nationally | 12 | $58.66 | **$1,056** |
| Ultrasound guidance for accessing into blood vessel<br>Imaging tests<br>CODE: 76937-F | 75<br>Top 40% nationally | 73 | $13.21 | **$991** |
| Radiological supervision and interpretation of placement of catheter with drainage procedure<br>Imaging tests<br>CODE: 75989-F | 18<br>Top 60% nationally | 16 | $50.38 | **$907** |
| Imaging of urinary tract<br>Imaging tests<br>CODE: 74425-F | 26<br>Top 40% nationally | 12 | $15.59 | **$405** |
| Ultrasonic guidance imaging supervision and interpretation for insertion of needle<br>Imaging tests<br>CODE: 76942-F | 12<br>Bottom 20% nationally | 12 | $28.98 | **$348** |

Showing 21 to 26 of 26 entries

Previous   1   2   3   Next

*ABOUT THIS PROJECT*

This project uses data made public by the Centers for Medicare and Medicaid Services. It shows the dollar amounts that JOSEPH SHIAMS M.D. providers received in Medicare reimbursements by calendar year, Interventional Radiology along with other data including their specialties. Only procedures 1 GUSTAVE L. LEVY PLACE BOX 1194 | NEW YORK, N.Y. which providers performed on more than 10 Medicare patients were included in the data released. 2013 There is some 2014 information CMS hasn't provided. The data doesn't include information on patients nor does it show doctors' billings related to durable medical equipment.

The Wall Street Journal won a Pulitzer Prize in 2015 for its Medicare coverage. An earlier version of this graphic (https://graphics.wsj.com/medicare-billing-2015/) was part of the winning submission

Interactive by Martin Burch, Chris Canipe, Madeline Farbman, Jon Keegan, Palani Kumanan, Renee Lightner and Stuart Thompson/The Wall Street Journal

**Note:** Stories and graphics published prior to June 2015 relied on an earlier version of Medicare's billing data that suppressed records of some payments to medical providers for services they rendered to small numbers of patients. For this reason, the total payment figures for 2012 shown here may differ from total payments shown in earlier stories about this provider and in the original release of this interactive. Related story » (https://www.wsj.com/articles/new-medicare-data-offer-a-more-complete-picture-1433372865)

**Sources:** Centers for Medicare and Medicaid Services; Medical-procedure descriptions and codes are from the Current Procedural Terminology code set, which is copyrighted by the American Medical Association.

**About the data:** The data is the most complete public accounting of physician-specific Medicare billing now available. But, it has limitations and the available data may not present the full picture of a specific physician's practice.

Medicare payments do not represent the full revenues of a physician's practice. Physicians also bill private insurers and other payers.

Codes are assigned to each procedure, service or product Medicare covers. Each code has its own payment rate. Places of service are categorized with either an 'F' for healthcare facilities, such as hospitals, or with an 'O' for offices, such as doctor's practices.

Many similar services are represented by separate procedure codes in Medicare's billing system, which may make it difficult to compare utilization of specific services between physicians.

In some cases, procedures attributed to a specific physician may have been performed by other people under that doctor's supervision.

The Medicare data does not include information about the patients treated. Doctors treating complex cases may receive higher payments as their patients require more services.

The data does not include any procedures performed on patients enrolled in Medicare Advantage plans, which are run by private insurers and financed by the federal government.

Physicians in various parts of the country receive different payments for the same services; doctors in areas where the cost of living, running practices or malpractice insurance is higher may receive higher payments.

Specialists who focus on procedures with relatively high overhead, such as in-office imaging equipment, may receive higher payments than doctors with lower overhead for some services.

Some physicians bill some services under their personal provider number and others under the provider number of an organization, such as an employer. In those cases, doctors payments received by the organization are not included in personal totals.

Customer Service (https://customercenter.wsj.com/public/view/contactinformation.html)

Subscriber Agreement (https://www.wsj.com/policy/subscriber-agreement) | Privacy Policy (https://www.wsj.com/policy/privacy-policy)

Cookie Policy (https://www.wsj.com/policy/cookie-policy)

© 2019 Dow Jones & Company (https://www.dowjones.com), Inc. All Rights Reserved.