**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA, *ex rel.*
MICHAEL I. LEVINE, M.D.,

                            Plaintiffs,

-against-                                    12 **CIVIL** 5103 (LGS)

**JUDGMENT**

VASCULAR ACCESS CENTERS L.P., *et al.*,

                            Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 15, 2020, Defendants' motions to dismiss the Complaint are granted; The Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
           September 16, 2020

                                                     **RUBY J. KRAJICK**
                                                     _____
                                                     **Clerk of Court**
                                  **BY:**
                                                     _____
                                                       **Deputy Clerk**