UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MICHAEL I. LEVINE, M.D.,<br><br>      Plaintiff,<br><br>    v.<br><br>VASCULAR ACCESS CENTERS, L.P., and each of its subsidiary and/or related corporations, *et al.*,<br><br>      Defendants. | 12 Civ. 5103 (LGS) |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff-Intervenor,<br><br>    v.<br><br>VASCULAR ACCESS CENTERS, L.P., and each of its subsidiary and/or related corporations,<br><br>      Defendants. | **CONSENT JUDGMENT** |

Upon the consent of plaintiff the United States of America and defendant Vascular Access Centers, L.P., and each of its subsidiary and/or related corporations (together, the "VAC Defendants")[7] it is hereby

---

[7] In addition to Vascular Access Centers, L.P., the VAC Defendants consist of Vascular Access Center of Atlanta LLC; Vascular Access Center of Atlantic County LLC; Vascular Access Center of Bolivar County LLC; Vascular Access Center of Central Jersey LLC; Vascular Access Center of Durham LLC; Vascular Access Center of Eatontown LLC; Vascular Access Center of Georgia LLC; Vascular Access Center of Houston LLC; Vascular Access Center of Jacksonville LLC; Vascular Access Center of Jersey City LLC; Vascular Access Center of Memphis LLC; Vascular Access Center of New Orleans LLC; Vascular Access Center of North Shore Louisiana LLC; Vascular Access Center of Pittsburgh LLC; Vascular Access Center of Prince George County LLC; Vascular Access Center of Seattle LLC; Vascular Access Center of South Atlanta LLC; Vascular Access Center of South Los Angeles LLC; Vascular Access Center

30

ORDERED, ADJUDGED and DECREED: that plaintiff the United States of America is awarded judgment as against the VAC Defendants, jointly and severally, in the amount of eighteen million, three hundred sixty thousand, seven hundred ninety-four dollars ($18,360,794), plus interest accruing annually at a rate of 2.125% from July 9, 2018, to the date of this judgment, as well as post-judgment interest at the rate of 12% per annum compounded daily. Pre-judgment interest calculated to the date of this judgment is $1,051,847.13.

SO ORDERED.

          *[signature]*          Date  March 19, 2021
       **LORNA G. SCHOFIELD**                 New York, New York
   **UNITED STATES DISTRICT JUDGE**

---

of Southern Maryland LLC; Vascular Access Center of Southwest Louisiana LLC; Vascular Access Center of Trenton LLC; Vascular Access Center of Washington DC LLC; and Vascular Access Center of West Orange LLC.

Agreed to by:

THE UNITED STATES OF AMERICA

Dated: October 9, 2018  
New York, New York

GEOFFREY S. BERMAN  
United States Attorney for the  
Southern District of New York  
Counsel for the United States

By: *[signature]*

JEAN-DAVID BARNEA  
Assistant United States Attorney  
United States Attorney's Office  
86 Chambers Street, 3rd Floor  
New York, NY 10007  
Tel: (212) 637-2679  
Fax: (212) 637-2686  
Email: Jean-David.Barnea@usdoj.gov

32

**DEFENDANTS**

Dated: October 9, 2018  
Philadelphia, Pennsylvania

SAUL EWING ARNSTEIN & LEHR LLP  
Counsel for the VAC Defendants

By: *Christopher R. Hall* (signature)

CHRISTOPHER R. HALL  
1500 Market Street, 38th Floor  
Philadelphia, PA 19102  
Tel: (215) 972-7180  
Fax: (215) 972-1917  
Email: chris.hall@saul.com

Dated: October __, 2018  
Philadelphia, Pennsylvania

VASCULAR ACCESS CENTERS, L.P. by Vascular Access Centers, LLC, its General Partner

By: _____  
James F. McGuckin, M.D.  
General Partner

Dated: October __, 2018  
Philadelphia, Pennsylvania

VASCULAR ACCESS CENTER OF ATLANTA LLC, by Vascular Access Centers, LLC, its Manager

By: _____  
James F. McGuckin, M.D.  
Manager

Dated: October __, 2018  
Philadelphia, Pennsylvania

VASCULAR ACCESS CENTER OF ATLANTIC COUNTY LLC, by Vascular Access Centers, LLC, its Manager

By: _____  
James F. McGuckin, M.D.  
Manager

Dated: October __, 2018  
Philadelphia, Pennsylvania

VASCULAR ACCESS CENTER OF BOLIVAR COUNTY LLC, by Vascular Access Centers, LLC, its Manager

By: _____  
James F. McGuckin, M.D.  
Manager

Dated: October 9, 2018
Philadelphia, Pennsylvania

VASCULAR ACCESS CENTER OF CENTRAL JERSEY LLC, by Vascular Access Centers, LLC, its Manager

By: _____
James F. McGuckin, M.D.
Manager

Dated: October 9, 2018
Philadelphia, Pennsylvania

VASCULAR ACCESS CENTER OF DURHAM LLC, by Vascular Access Centers, LLC, its Manager

By: _____
James F. McGuckin, M.D.
Manager

Dated: October 9, 2018
Philadelphia, Pennsylvania

VASCULAR ACCESS CENTER OF EATONTOWN LLC, by Vascular Access Centers, LLC, its Manager

By: _____
James F. McGuckin, M.D.
Manager

Dated: October __, 2018
Philadelphia, Pennsylvania

VASCULAR ACCESS CENTER OF GEORGIA LLC, by Vascular Access Centers, LLC, its Manager

By: _____
James F. McGuckin, M.D.
Manager

Dated: October __, 2018
Philadelphia, Pennsylvania

VASCULAR ACCESS CENTER OF HOUSTON LLC, by Vascular Access Centers, LLC, its Manager

By: _____
James F. McGuckin, M.D.
Manager

35

Dated: October __9, 2018  
Philadelphia, Pennsylvania

VASCULAR ACCESS CENTER OF JACKSONVILLE LLC by Vascular Access Centers, LLC, its Manager

By: _____  
James F. McGuckin, M.D.  
Manager

Dated: October 7, 2018  
Philadelphia, Pennsylvania

VASCULAR ACCESS CENTER OF JERSEY CITY LLC by Vascular Access Centers, LLC, its Manager

By: _____  
James F. McGuckin, M.D.  
Manager

Dated: October 7, 2018  
Philadelphia, Pennsylvania

VASCULAR ACCESS CENTER OF MEMPHIS LLC by Vascular Access Centers, LLC, its Manager

By: _____  
James F. McGuckin, M.D.  
Manager

Dated: October 7, 2018  
Philadelphia, Pennsylvania

VASCULAR ACCESS CENTER OF NEW ORLEANS LLC by Vascular Access Centers, LLC, its Manager

By: _____  
James F. McGuckin, M.D.  
Manager

Dated: October __9, 2018  
Philadelphia, Pennsylvania

VASCULAR ACCESS CENTER OF NORTH SHORE LOUISIANA LLC by Vascular Access Centers, LLC, its Manager

By: _____  
James F. McGuckin, M.D.  
Manager

Dated: October 9, 2018  
Philadelphia, Pennsylvania

VASCULAR ACCESS CENTER OF PITTSBURGH LLC by Vascular Access Centers, LLC, its Manager

By: _____  
James F. McGuckin, M.D.  
Manager

Dated: October __, 2018  
Philadelphia, Pennsylvania

VASCULAR ACCESS CENTER OF PRINCE GEORGE COUNTY LLC by Vascular Access Centers, LLC, its Manager

By: _____  
James F. McGuckin, M.D.  
Manager

Dated: October 9, 2018  
Philadelphia, Pennsylvania

VASCULAR ACCESS CENTER OF SEATTLE LLC by Vascular Access Centers, LLC, its Manager

By: _____  
James F. McGuckin, M.D.  
Manager

Dated: October 9, 2018  
Philadelphia, Pennsylvania

VASCULAR ACCESS CENTER OF SOUTH ATLANTA LLC by Vascular Access Centers, LLC, its Manager

By: _____  
James F. McGuckin, M.D.  
Manager

Dated: October 9, 2018  
Philadelphia, Pennsylvania

VASCULAR ACCESS CENTER OF SOUTH LOS ANGELES LLC by Vascular Access Centers, LLC, its Manager

By: _____  
James F. McGuckin, M.D.  
Manager

Dated: October 9, 2018  
Philadelphia, Pennsylvania

VASCULAR ACCESS CENTER OF SOUTHERN MARYLAND LLC by Vascular Access Centers, LLC, its Manager

By: _____  
James F. McGuckin, M.D.  
Manager

Dated: October 9, 2018  
Philadelphia, Pennsylvania

VASCULAR ACCESS CENTER OF SOUTHWEST LOUISIANA LLC by Vascular Access Centers, LLC, its Manager

By: _____  
James F. McGuckin, M.D.  
Manager

Dated: October __, 2018  
Philadelphia, Pennsylvania

VASCULAR ACCESS CENTER OF TRENTON LLC by Vascular Access Centers, LLC, its Manager

By: _____  
James F. McGuckin, M.D.  
Manager

Dated: October 9, 2018  
Philadelphia, Pennsylvania

VASCULAR ACCESS CENTER OF WASHINGTON DC LLC by Vascular Access Centers, LLC, its Manager

By: _____  
James F. McGuckin, M.D.  
Manger

Dated: October __, 2018  
Philadelphia, Pennsylvania

VASCULAR ACCESS CENTER OF WEST ORANGE LLC by Vascular Access Centers, LLC, its Manager

By: _____  
James F. McGuckin, M.D.  
Manager