UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA *ex rel.* MICHAEL I. LEVINE, M.D.,

        Plaintiff,

v.

VASCULAR ACCESS CENTERS, L.P., *et al.*,

        Defendants.

---

UNITED STATES OF AMERICA,

        Plaintiff-Intervenor,

v.

VASCULAR ACCESS CENTERS, L.P., *et al.*,

        Defendants.

No. 12 Civ. 5103 (LGS)

**ORDER AMENDING CAPTION AND ADDING NAMED DEFENDANTS**

---

IT IS HEREBY ORDERED:

1. The following entities, which were named in the original complaint as included within the collective defendant "VASCULAR ACCESS CENTERS, L.P., and each of its subsidiary and/or related corporations," are hereby added as separate named defendants in this action:

    a. Vascular Access Centers, L.P.

    b. Vascular Access Center of Atlanta LLC;

    c. Vascular Access Center of Atlantic County LLC;

    d. Vascular Access Center of Bolivar County LLC;

    e. Vascular Access Center of Central Jersey LLC;

       f.       Vascular Access Center of Durham LLC;

       g.       Vascular Access Center of Eatontown LLC;

       h.       Vascular Access Center of Georgia LLC;

       i.       Vascular Access Center of Houston LLC;

       j.       Vascular Access Center of Jacksonville LLC;

       k.       Vascular Access Center of Jersey City LLC;

       l.       Vascular Access Center of Memphis LLC;

       m.       Vascular Access Center of New Orleans LLC;

       n.       Vascular Access Center of North Shore Louisiana LLC;

       o.       Vascular Access Center of Pittsburgh LLC;

       p.       Vascular Access Center of Prince George County LLC;

       q.       Vascular Access Center of Seattle LLC;

       r.       Vascular Access Center of South Atlanta LLC;

       s.       Vascular Access Center of South Los Angeles LLC;

       t.       Vascular Access Center of Southern Maryland LLC;

       u.       Vascular Access Center of Southwest Louisiana LLC;

       v.       Vascular Access Center of Trenton LLC;

       w.       Vascular Access Center of Washington DC LLC; and

       x.       Vascular Access Center of West Orange LLC

2.       The Clerk of the Court is respectfully requested to add these defendants to the docket of this action.

3.       The full caption of this action is hereby amended to the following:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MICHAEL I. LEVINE, M.D., <br><br> Plaintiff, <br><br> v. <br><br> VASCULAR ACCESS CENTERS, L.P.; VASCULAR ACCESS CENTER OF ATLANTA LLC; VASCULAR ACCESS CENTER OF ATLANTIC COUNTY LLC; VASCULAR ACCESS CENTER OF BOLIVAR COUNTY LLC; VASCULAR ACCESS CENTER OF CENTRAL JERSEY LLC; VASCULAR ACCESS CENTER OF DURHAM LLC; VASCULAR ACCESS CENTER OF EATONTOWN LLC; VASCULAR ACCESS CENTER OF GEORGIA LLC; VASCULAR ACCESS CENTER OF HOUSTON LLC; VASCULAR ACCESS CENTER OF JACKSONVILLE LLC; VASCULAR ACCESS CENTER OF JERSEY CITY LLC; VASCULAR ACCESS CENTER OF MEMPHIS LLC; VASCULAR ACCESS CENTER OF NEW ORLEANS LLC; VASCULAR ACCESS CENTER OF NORTH SHORE LOUISIANA LLC; VASCULAR ACCESS CENTER OF PITTSBURGH LLC; VASCULAR ACCESS CENTER OF PRINCE GEORGE COUNTY LLC; VASCULAR ACCESS CENTER OF SEATTLE LLC; VASCULAR ACCESS CENTER OF SOUTH ATLANTA LLC; VASCULAR ACCESS CENTER OF SOUTH LOS ANGELES LLC; VASCULAR ACCESS CENTER OF SOUTHERN MARYLAND LLC; VASCULAR ACCESS CENTER OF SOUTHWEST LOUISIANA LLC; VASCULAR ACCESS CENTER OF TRENTON LLC; VASCULAR ACCESS CENTER OF WASHINGTON DC LLC; VASCULAR ACCESS CENTER OF WEST ORANGE LLC; JAMES McGUCKIN, M.D. (and any or all clinics owned, run, managed or operated by him); PHILADELPHIA VASCULAR INSTITUTE; ROBERT MATALON, M.D. (and any and all clinics owned, run, managed or operated by him); JOSEPH SHAMS, M.D.; NEW YORK DOWNTOWN HOSPITAL; BETH ISRAEL MEDICAL CENTER; AMERICAN ACCESS CARE, LLC; DAVITA, INC.; FRESENIUS MEDICAL CARE HOLDINGS, INC.; MICHAEL M. ABIRI, M.D.; TODD MARKOWITZ, M.D.; DANIEL MATALON, M.D.; ALBERT MATALON, M.D.; GREGG A. MILLER, M.D.; ALLEN WIESENFELD, M.D.; NEW YORK UNIVERSITY SCHOOL OF MEDICINE AND LANGONE MEDICAL CENTER; EDWARD Y. SKOLNIK, M.D.; ARTURO CONSTANTINER, | 12 Civ. 5103 (LGS) |

3

M.D.; WARREN B. LICHT, M.D.; ANTHONY SMITH, M.D.; ALICE WEI, M.D.; GARY A. GELBFISH, M.D.; ALAN J. BOYKIN, M.D.; AXCESS GREAT NECK, LLC,
                    Defendants.

UNITED STATES OF AMERICA,
                    Plaintiff-Intervenor,
          v.

VASCULAR ACCESS CENTERS, L.P., VASCULAR ACCESS CENTER OF ATLANTA LLC; VASCULAR ACCESS CENTER OF ATLANTIC COUNTY LLC; VASCULAR ACCESS CENTER OF BOLIVAR COUNTY LLC; VASCULAR ACCESS CENTER OF CENTRAL JERSEY LLC; VASCULAR ACCESS CENTER OF DURHAM LLC; VASCULAR ACCESS CENTER OF EATONTOWN LLC; VASCULAR ACCESS CENTER OF GEORGIA LLC; VASCULAR ACCESS CENTER OF HOUSTON LLC; VASCULAR ACCESS CENTER OF JACKSONVILLE LLC; VASCULAR ACCESS CENTER OF JERSEY CITY LLC; VASCULAR ACCESS CENTER OF MEMPHIS LLC; VASCULAR ACCESS CENTER OF NEW ORLEANS LLC; VASCULAR ACCESS CENTER OF NORTH SHORE LOUISIANA LLC; VASCULAR ACCESS CENTER OF PITTSBURGH LLC; VASCULAR ACCESS CENTER OF PRINCE GEORGE COUNTY LLC; VASCULAR ACCESS CENTER OF SEATTLE LLC; VASCULAR ACCESS CENTER OF SOUTH ATLANTA LLC; VASCULAR ACCESS CENTER OF SOUTH LOS ANGELES LLC; VASCULAR ACCESS CENTER OF SOUTHERN MARYLAND LLC; VASCULAR ACCESS CENTER OF SOUTHWEST LOUISIANA LLC; VASCULAR ACCESS CENTER OF TRENTON LLC; VASCULAR ACCESS CENTER OF WASHINGTON DC LLC; and VASCULAR ACCESS CENTER OF WEST ORANGE LLC;
                    Defendants.

Dated: ~~November~~ October 28, 2021
       New York, New York

                                        _____
                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE